IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN M. O'BOYLE and PAMELA S. O'BOYLE,**<br><br>Plaintiff,<br><br>v.<br><br>**PROGRESSIVE PREFERRED INSURANCE COMPANY,**<br>Defendant. | **CIVIL ACTION**<br><br>**NO. 22-4948** |

## ORDER

**AND NOW**, this 18th day of September, 2023, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF 40) is **GRANTED** for the reasons stated in the foregoing Memorandum.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 22\22-4948 O'Boyle et al v. Progressive Preferred Ins Co\22cv4948 Order re MSJ.docx